IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-03076-MSK-MJW

STEPHEN A. MICKS,

Plaintiff(s),

v.

CAPCOMILLS INNKEEPERS, INC., a New Hampshire corporation, and
OCEAN HOSPITALITIES, INC., a Florida corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate Scheduling Conference (docket no. 14) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference set on April 1, 2011, at 8:30 a.m. is VACATED. The parties have settled this case.

It is FURTHER ORDERED that the parties shall file the settlement documents with the court on or before April 19, 2011, or show cause why this case should not be dismissed.

Date:  April 1, 2011