IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-03076-MSK-MJW

STEPHEN A. MICKS,

    Plaintiff,

v.

CAPCOMILLS INNKEEPERS, INC., a New Hampshire corporation; and
OCEAN HOSPITALITIES, INC., a Florida corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Unopposed Motion to Dismiss **(#17)** filed April 19, 2011. The Court having reviewed the foregoing:

ORDERS that the Motion is **GRANTED**. Any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 20th day of April, 2011.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge